# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newsom, Kevin C. | U.S. Court of Appeals, Eleventh Circuit | 05/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Hugo L. Black United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Overseer | Samford University |
| 2.   Adjunct Faculty | Cumberland Law School |
| 3.   Adjunct Faculty | Duke Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Cumberland Law School (teaching) | $20,165.00 |
| 2. 2019 | Duke Law School (teaching) | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Golds Holding Corp (wages) |
| 2. 2019 | LTF Club Management Company LLC (wages) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | 05/03/19-05/05/19 | Chicago, IL | Professional association | Transportation, meals, lodging |
| 2. | William and Mary Law School | 09/13/19-09/15/19 | Williamsburg, VA | Educational activities | Transportation, meals, lodging |
| 3. | The Federalist Society | 10/3/19-10/4/19 | Cambridge, MA | Professional association | Transportation, meals, lodging |
| 4. | Notre Dame Law School | 10/9/19-10/13/19 | South Bend, IN | Educational activities | Transportation, meals, lodging |
| 5. | The Federalist Society | 10/24/19-10/27/19 | Palo Alto, CA | Professional activities | Transportation, meals, lodging |
| 6. | The Federalist Society | 11/15/19-11/17/19 | Washington, DC | Professional activities | Transportation, meals, lodging |
| 7. | Duke Law School | 11/20/19-11/21/19 | Durham, NC | Educational activities | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newsom, Kevin C.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. Wells Fargo Bank (cash) | A | Interest | K | T | | | | | |
| 3. BROKERAGE #1 (H) | | | | | | | | | |
| 4. Stifel Insured Bank Deposit Program (cash) | A | Interest | K | T | Open | 01/24/19 | L | | |
| 5. KKR Real Estate Finance Trust Inc (KREF) | | None | J | T | Buy | 12/31/19 | J | | |
| 6. IShares MidCap Russell (IWP) | A | Dividend | J | T | | | | | |
| 7. IShares Russell 1000 Growth (IWF) | A | Dividend | K | T | | | | | |
| 8. IShares Russell 2000 Growth ETF (IWO) | A | Dividend | | | Buy | 04/01/19 | K | | |
| 9. | | | | | Sold | 06/19/19 | K | | |
| 10. Select Sector SPDR TR (XLK) | | None | | | Sold | 02/21/19 | K | A | |
| 11. MSCI EM ARN (MLVHT) (01020G264) | | None | | | Redeemed | 09/27/19 | K | | |
| 12. SPSORBK ARNS BNS (MLVHK) (064161284) | | None | | | Redeemed | 08/30/19 | K | | |
| 13. MSCI EM CLIRNS ISS BNS (MLVKT) (06417P678) | | None | K | T | | | | | |
| 14. SP500 CLIRN (MLVCD) (06746N550) | | None | | | Redeemed | 12/23/19 | L | | |
| 15. SP500 CLIRN BARCLAY (MLVFT) (06746R551) | | None | K | T | | | | | |
| 16. R2000 CLIRN BARC (MLVKR) (06746V701) | | None | K | T | | | | | |
| 17. R2000 CLIRN (MLTFR) (097096242) | | None | | | Redeemed | 02/22/19 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. SP500 CLIRN BOFA (MLVKQ) (097098115) | | None | K | T | | | | | |
| 19. DJIA LIRN (MLTRN) (25156D423) | | None | K | T | | | | | |
| 20. SX5E CLIRN (MLVBB) (13606M797) | | None | | | Redeemed | 10/25/19 | K | | |
| 21. SP500 CLIRN (MLTGZ) (13607R373) | | None | | | Redeemed | 03/29/19 | K | C | |
| 22. SP500 CLIRN MSCI CIBC (13607R415) (X) | | None | | | Redeemed | 03/29/19 | K | C | |
| 23. DJUSRE CLIRN BARC (MLTZW) (X) | | None | K | T | | | | | |
| 24. GEB CLIRN (MLTEZ) (13607R449) | | None | K | T | | | | | |
| 25. R2000 CLIRN (MLTHC) (22547V360) | | None | | | Redeemed | 03/29/19 | K | C | |
| 26. SX5E CLIRN (MLVGO) (22548Y686) | | None | K | T | | | | | |
| 27. DJIA LIRN (MLTJT) (40434G346) | | None | L | T | | | | | |
| 28. DJIA LIRN HSBC (MLVJJ) (40434N887) | | None | K | T | | | | | |
| 29. SP500 CLIRN (MLTDQ) (40435B239) | | None | K | T | | | | | |
| 30. DJIA LIRN (MLZNC) (40435D698) | | None | L | T | | | | | |
| 31. SX5E CLIRN (MLTJR) (40435H616) | | None | | | Redeemed | 05/31/19 | K | | |
| 32. DJIA LIRN (MLTUR) (40435X371) | | None | K | T | | | | | |
| 33. DJIA LIRN WFC (MLVEQ) (94988U557) | | None | K | T | | | | | |
| 34. GS FINANCE CORP LEVERAGED INDX 0.00% (40056FE92) | | None | K | T | Buy | 05/28/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GS FINANCE CORP LEVERAGED INDX NOTE 0.00% (40056XMZ6) | | None | K | T | Buy | 11/25/19 | K | | |
| 36. GS FINANCE CORP LEVERAGED INDX NOTE 0.00% (40056FRN7) | | None | K | T | Buy | 07/26/19 | K | | |
| 37. GS FINANCE CORP LEVERAGED INDX 0.00% (40056FEL5) | | None | K | T | Buy | 05/28/19 | K | | |
| 38. MORGAN STANLEY FIN LLC MKT 0.00% (61769H4T9) | | None | K | T | Buy | 12/23/19 | K | | |
| 39. BARCLAYS BANK PLC BUF SUP NOTE 0.00% (06747MKB1) | | None | K | T | Buy | 04/25/19 | K | | |
| 40. MORGAN STANLEY FIN LLC BUF PARTN SECS 0.00% (61769HMZ5) | | None | K | T | Buy | 08/27/19 | K | | |
| 41. MORGAN STANLEY FIN LLC BUF PARTN SECS 0.00% (61769HSV8) | | None | K | T | Buy | 09/25/19 | K | | |
| 42. American Fund Bal (ABALX) | B | Dividend | L | T | | | | | |
| 43. American Growth (AGTHX) | B | Dividend | K | T | | | | | |
| 44. American Income (AMECX) | A | Dividend | | | Sold (part) | 06/19/19 | J | | |
| 45. | | | | | Sold | 06/27/19 | K | | |
| 46. American New World (NEWFX) | B | Dividend | K | T | | | | | |
| 47. GEB CLIRN (MLTHD) | | None | | | Redeemed | 01/25/19 | K | C | |
| 48. R2000 CLIRN (MLTEV) | | None | | | Redeemed | 01/25/19 | L | D | |
| 49. BROKERAGE #2 (H) | | | | | | | | | |
| 50. ML Bank Deposit Program (cash) | A | Interest | | | Closed | 01/18/19 | K | | |
| 51. Stifel Insured Bank Program Money Market (cash) | A | Interest | K | T | Open | 01/23/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newsom, Kevin C.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Bain Capital Specialty Finance (05684B107) | | None | K | T | Buy | 12/31/19 | K | | |
| 53. Etowah Cnty AL Wts B/E B/Q 1.85% (297749GR8) | A | Interest | K | T | Buy | 02/05/19 | K | | |
| 54. Humana Inc 2.625% Corp Bond 10/01/19 (444859BC5) | A | Interest | | | Redeemed | 10/01/19 | K | | |
| 55. Goldman Sachs 2.3% Corp Bond 2/13/19 (38145GAJ9) | A | Interest | | | Redeemed | 11/13/19 | K | | |
| 56. Viacom Inc 2.75% Corp Bond 12/15/19 (92553PAY8) | A | Interest | | | Redeemed | 11/15/19 | K | | |
| 57. Eastman Chemical 2.70% Corp Bond 01/15/20 (277432AQ3) | A | Interest | | | Redeemed | 12/16/19 | J | | |
| 58. Morgan Stanley 2.65% Corp Bond 01/27/20 (61747YDW2) | A | Interest | K | T | | | | | |
| 59. Phillips 66 2.646% Corp Bond 02/15/20 (718549AA6) | A | Interest | | | Redeemed | 10/15/19 | K | A | |
| 60. Goldman Sachs 2.6% Corp Bond 04/23/20 (38148LAA4) | A | Interest | K | T | | | | | |
| 61. American Express FLT% Corp Bond 09/14/20 (0258M0DY2) | A | Interest | K | T | | | | | |
| 62. JP Morgan Chase 2.55% Corp Bond 10/29/20 (46625HNX4) | B | Interest | K | T | | | | | |
| 63. Autonation Inc 3.35% Corp Bond 01/15/21 (0258M0DY2) | A | Interest | K | T | | | | | |
| 64. Kroger Co 2.6% Corp Bond 02/01/21 (501044DB4) | A | Interest | K | T | | | | | |
| 65. Citigroup Inc 2.7% Corp Bond 03/30/21 (172967KK6) | B | Interest | K | T | | | | | |
| 66. USD Goldcorp Inc 3.625% Corp Bond 06/09/21 (380956AF9) | A | Interest | K | T | | | | | |
| 67. Wells Fargo 2.1% Corp Bond 07/26/21 (949746SA0) | A | Interest | K | T | | | | | |
| 68. Freeport McMoran Inc Sr Note Cpn 4.00% (35671DBH7) | A | Interest | K | T | Buy | 02/28/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Newsom, Kevin C.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. Canada Nat Res 3.45% Corporate Bond 11/15/21 (136385AR2) | A | Interest | K | T | | | | | |
| 70. Williams Partners 4.0% Corp Bond 11/15/21 (96950FAH7) | A | Interest | K | T | | | | | |
| 71. Cigna Corp 4.0% Corp Bond 02/15/22 (125509BS7) | A | Interest | K | T | | | | | |
| 72. Verizon Comm 2.946% Corp Bond 03/15/22 (92343VDQ4) | A | Interest | K | T | | | | | |
| 73. Amgen Inc 2.65% Corp Bond 05/11/22 (031162CP3) | A | Interest | K | T | | | | | |
| 74. Devon Energy 3.25% Corp Bond 05/15/22 (25179MAP8) | A | Interest | | | Redeemed | 07/29/19 | K | A | |
| 75. Morgan Stanley 2.75% Corp Bond 05/19/22 (61744YAH1) | A | Interest | K | T | | | | | |
| 76. Murphy Oil Corp Sr Note 4.00% (626717AD4) | A | Interest | K | T | Buy | 02/21/19 | K | | |
| 77. Kraft Food Group 3.5% Corp Bond 06/06/22 (500760AZ9) | A | Interest | K | T | | | | | |
| 78. USD Cenovus Energy 3.0% Bond 08/15/22 (15135UAG4) | A | Interest | K | T | | | | | |
| 79. Kinder Morgan Ener Part 3.95% Corp Bond 09/01/22 (494550BL9) | A | Interest | K | T | | | | | |
| 80. Hewlett-Packard Co 4.05% Corp Bond 09/15/22 (428236BXO) | B | Interest | K | T | | | | | |
| 81. Oneok Partners 3.375% Corp Bond 10/01/22 (68268NAJ2) | A | Interest | K | T | | | | | |
| 82. McKesson Corp New Note 2.700% (581557AZ8) | A | Interest | L | T | Buy | 11/22/19 | L | | |
| 83. CBS Corp New Gtd Sr Note 2.500% (124857AS2) | A | Interest | K | T | Buy | 07/31/19 | K | | |
| 84. CVS Health Corp 3.7% Corp Bond 03/09/23 (126650CVO) | A | Interest | K | T | | | | | |
| 85. Morgan Stanley 4.1% Corp Bond 05/22/23 (61747YDU6) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. USD Cenovus Energy 3.8% Bond 09/15/23 (15135UAJ8) | B | Interest | K | T | | | | | |
| 87. Citigroup Inc FLT% Corp Bond 05/17/24 (172967LL3) | A | Interest | K | T | | | | | |
| 88. Hess Corp 3.5% Corp Bond 07/15/24 (42809HAF4) | A | Interest | K | T | | | | | |
| 89. Fluour Corp New Sr Note 3.500% (343412AC6) | A | Interest | K | T | Buy | 09/30/19 | K | | |
| 90. SVB Finl Grp Sr Note Cpn 3.500% (78486QAD3) | A | Interest | | | Buy | 02/25/19 | K | | |
| 91. | | | | | Sold | 12/18/19 | K | B | |
| 92. Vulcan Matls Co Note 4.500% (929160AS8) | B | Interest | K | T | Buy | 02/21/19 | K | | |
| 93. Autozone Inc 3.25% Corp Bond 04/15/25 (053332AR3) | B | Interest | K | T | | | | | |
| 94. Opus Bk Irvine CA Sub Note Var Cpn 0.000% (684000AA0) | A | Interest | K | T | Buy | 03/29/19 | K | | |
| 95. Morgan Stanley Step% Corp Bond 07/28/27 (61760QKN3) | A | Interest | | | Sold | 05/29/19 | K | | |
| 96. Synovus Finl Corp Sub Note Var Cpn 5.900% (87161CAM7) | B | Interest | L | T | Buy | 03/12/19 | K | | |
| 97. | | | | | Buy (add'l) | 03/13/19 | K | | |
| 98. JP Morgan Chase Step% Corp Bond 09/23/30 (48125UY30) | A | Interest | | | Sold | 10/17/19 | K | | |
| 99. Jefferies Grp Step% Corp Bond 07/21/31 (47233JAC2) | A | Interest | | | Sold | 12/31/19 | J | | |
| 100. Angel Oak Financial Strat Inc Term Trust (03464A100) | A | Interest | K | T | Buy | 05/29/19 | K | | |
| 101. IRA #1 (H) | | | | | | | | | |
| 102. KKR Real Estate Finance Trust (48251K100) | | None | J | T | Buy | 10/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. DJIA LIRNS Issuer BNS (MLVJV) (06417P801) | | None | K | T | | | | | |
| 104. INTL BKT LIRN Iss BOFA (MLVJW) (097097844) | | None | K | T | | | | | |
| 105. MSCI EM CLIRN Iss BOFA (MLVJU) (097097885) | | None | K | T | | | | | |
| 106. R2000 CLIRN Iss CIBC (MLVJT) (13606M342) | | None | K | T | | | | | |
| 107. HCP, Inc. 2.625% Corporate Bond 2/1/20 (40414LAH2) | A | Interest | | | Redeemed | 07/22/19 | J | A | |
| 108. Marathon Oil 2.7% Corp Bond 6/1/20 (565849AN6) | A | Interest | | | Redeemed | 10/03/19 | J | A | |
| 109. Kraft Foods Group Inc 3.5% Corp Bond 06/06/22 (50076QAZ9) | A | Interest | J | T | | | | | |
| 110. CVS Health Corp 3.5% Corp Bond 07/20/22 (126650CK4) | A | Interest | J | T | | | | | |
| 111. JPMorgan Chase Bank NA Stoxx Glbl Sel (48128HY44) | | None | J | T | Buy | 07/30/19 | J | | |
| 112. JPMorgan Chase & Co 3.25% Corp Bond 09/23/22 (46625HJE1) | A | Interest | J | T | | | | | |
| 113. Conoco 3.35% Corporate Bond 11/15/24 (20826FAD8) | A | Interest | J | T | | | | | |
| 114. IRA #2 (H) | | | | | | | | | |
| 115. Bank of America RASP (cash) | A | Interest | | | Closed | 01/22/19 | K | | |
| 116. Stifel Insured Bank Deposit (Cash) | A | Interest | J | T | Open | 01/22/19 | K | | |
| 117. Bain Capital Specialty Finance (BCSF) | | None | K | T | Buy | 12/31/19 | K | | |
| 118. KKR Real Estate Finance Trust (KREF) | | None | K | T | Buy | 10/07/19 | K | | |
| 119. Starwood Property Trust Inc (STWD) | | None | J | T | Buy | 12/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Pacer Trendpilot US Large Cap ETF (PTLC) | | None | | | Buy | 03/27/19 | J | | |
| 121. | | | | | Sold | 11/04/19 | J | A | |
| 122.  DJIA LIRNS Issuer BNS (MLVJV) (06417P801) | | None | K | T | | | | | |
| 123.  MSCI EM CLIRN Iss BOFA (MLVJU) (097097885) | | None | K | T | | | | | |
| 124.  SP500 CLIRN Issuer CIBC (MLVJS) (13606M292) | | None | K | T | | | | | |
| 125.  R2000 CLIRN Iss CIBC (MLVJT) (13606M342) | | None | K | T | | | | | |
| 126.  Pioneer Natural Resource 3.45% Corp Bond 01/15/21 (723787AL1) | A | Interest | K | T | | | | | |
| 127.  USD Goldcorp Inc 3.625% Corp Bond 06/09/21 (380956AF9) | A | Interest | K | T | | | | | |
| 128.  HP Enterprise Co 3.5% Corp Bond 10/05/21 (42824CBC2) | A | Interest | K | T | | | | | |
| 129.  Barclays Bank PLC Buf Supertrk Note 0.00% (06747MLP9) | | None | K | T | Buy | 04/25/19 | K | | |
| 130.  HSBC USA Inc Buf Amps Lkd 0.00% (40435UKT0) | | None | K | T | Buy | 04/25/19 | K | | |
| 131.  BofA Finance LLC Note Lkd 0.00% (09709TVP3) | | None | K | T | Buy | 10/28/19 | K | | |
| 132.  Viacom Inc 3.875% Corp Bond 12/15/21 (92553PAJ1) | A | Interest | K | T | | | | | |
| 133.  Cigna Corp 4.0% Corp Bond 02/15/22 (125509BS7) | A | Interest | K | T | | | | | |
| 134.  Kraft Food Group Inc 3.5% Corp Bond 06/06/22 (500760AZ9) | A | Interest | K | T | | | | | |
| 135.  JPMorgan Chase & Co FLT% Corp Bond 06/18/22 (46647PAT3) | A | Interest | K | T | | | | | |
| 136.  CVS Health Corp 3.5% Corp Bond 07/20/22 (126650CK4) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Celgene Corp 3.55% Corp Bond 08/15/22 (151020AR5) | A | Interest | K | T | | | | | |
| 138. Murphy Oil Corp Note 4.450% (626717AF9) | B | Interest | K | T | Buy | 03/05/19 | K | | |
| 139. Goldman Sachs Group Inc 3.625% Corp Bond 01/22/23 (38141GRD8) | A | Interest | K | T | | | | | |
| 140. Health Care Reit Inc 3.75% Corp Bond 03/15/23 (42217KBA3) | A | Interest | K | T | | | | | |
| 141. JPMorgan Chase Bank NA Stoxx Global 0.00% (48128LJE0) | | None | K | T | Buy | 10/30/19 | K | | |
| 142. Barclays Bank PLC Buf Supertrk Note 0.00% (06747MKB1) | | None | K | T | Buy | 04/25/19 | K | | |
| 143. Delta Air Lines Inc De Note 2.900% (247361ZU5) | | None | K | T | Buy | 10/25/19 | K | | |
| 144. Synovus Finl Corp Sub Note Fixed/Var 5.750% (87161CAK1) | A | Interest | K | T | Buy | 10/07/19 | K | | |
| 145. First Eagle Global A (SGENX) | C | Dividend | L | T | | | | | |
| 146. Dodge & Cox Income (DODIX) | A | Dividend | | | Sold | 04/17/19 | L | | |
| 147. Harbor Small Cap Growth Institutional (HASGX) | B | Dividend | | | Sold | 12/27/19 | K | | |
| 148. Putnam Equity Income Y (PEIYX) | C | Dividend | K | T | Sold (part) | 08/14/19 | L | | |
| 149. | | | | | Sold (part) | 10/23/19 | K | | |
| 150. | | | | | Sold (part) | 11/04/19 | K | | |
| 151. Angel Oak Financial Strat Inc Term (FINS) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 152. RETIREMENT PLAN #2 (H) | | | | | | | | | |
| 153. CREF Stock R3 Fund | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 154.  CREF Growth R3 Fund | | None | J | T | | | | | |
| 155.  CREF Equity Index R3 Fund | | None | J | T | | | | | |
| 156.  CREF Global Equities R3 | | None | J | T | | | | | |
| 157.  CREF Equity Index R2 Fund | | None | J | T | | | | | |
| 158.  CREF Bond Market R2 Fund | | None | J | T | | | | | |
| 159.  TIAA Traditional Fund | | None | J | T | | | | | |
| 160.  CREF Stock R2 Fund | | None | J | T | | | | | |
| 161.  CREF Equity Index R1 Fund | | None | J | T | | | | | |
| 162.  CREF Money Market Fund | | None | J | T | | | | | |
| 163.  RETIREMENT PLAN #3 (H) | | | | | | | | | |
| 164.  FID Overseas K (FOSKX) | A | Dividend | J | T | | | | | |
| 165.  FID Growth Co K (FGCKX) | A | Dividend | J | T | | | | | |
| 166.  FID OTC K (FOCKX) | A | Dividend | J | T | | | | | |
| 167.  FID 500 Index (FXAIX) | A | Dividend | J | T | | | | | |
| 168.  RETIREMENT PLAN #4 (H) | | | | | | | | | |
| 169.  FID Growth Co K (FGCKX) | A | Dividend | J | T | | | | | |
| 170.  FID OTC Portfolio (FOCKX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Fmmt Retirement GOV II (FRTXX) | A | Dividend | J | T | | | | | |
| 172. FID 500 Index (FXAIX) | A | Dividend | K | T | | | | | |
| 173. FID Overseas K (FOSKX) | A | Dividend | J | T | | | | | |
| 174. 529 Plan #1 (H) | | | | | | | | | |
| 175. Virginia 529 2024 Age-Based Portfolio | | None | M | T | | | | | |
| 176. 529 Plan #2 (H) | | | | | | | | | |
| 177. My529 Age-Based Aggressive Global Portfolio | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Newsom, Kevin C. | 05/06/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Kevin C. Newsom**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544